IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL LAWSON,**

    **Plaintiff,**

    vs.                                             Cause No. 07-CV-59 DRH

**NOVELL, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------------

                                                        **NORBERT G. JAWORSKI, CLERK**

July 26, 2007                                       By:   s/Patricia Brown
                                                                 Deputy Clerk

APPROVED: /s/   David  RHerndon
                      **U.S. DISTRICT JUDGE**